United States District Court
Southern District of Texas
**ENTERED**
February 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **TEGBARU ABORETUGN,** | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00153 |
| | § | |
| **DAVID COLE, et al.,** | § | |
| Respondents. | § | |

### ORDER

Before the Court is Petitioner's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. Petitioner challenges the constitutionality of his detention in federal immigration custody. Petitioner names David Cole, Warden of the Rio Grande Processing Center; Miguel Vergara, Director, ICE ERO Harlingen Field Office; Kristi Noem, Secretary of the Department of Homeland Security; and Pamela Bondi, Attorney General of the United States, as Respondents.

Based upon a review of the Petition, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than February 20, 2026**. 28 U.S.C. § 2243. Should Petitioner wish to file a reply, they must do so **no later than February 27, 2026**.[1]

**Petitioner is DIRECTED to serve Federal Respondents, by and through the United States Attorney for the Southern District of Texas, and Warden of Rio Grande Processing Center the Petition, (Dkt. No. 1), via certified mail** pursuant to Rule 4 of the Federal Rules of Civil Procedure and include a copy of this Order with that service. Petitioner is **ORDERED** to file proof that service was sent via certified mail to Respondents **by February 9, 2026**.

The Court **DIRECTS** the Clerk of Court to send the Petition, (Dkt. No. 1), and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usa.doj.gov to provide notice of this action to Respondents.

---

[1] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

Additionally, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** before any such transfer.

It is so **ORDERED**.

**SIGNED** on February 6, 2026.

_____
John A. Kazen
United States District Judge