United States District Court
Southern District of Texas
**ENTERED**
August 11, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **TEGBARU ABORETUGN,** | § | |
| Petitioner, | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-00153** |
| | § | |
| **DAVID COLE, *et al.*,** | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Request for a Decision on His Habeas Petition, (Dkt. No. 32). Petitioner requests immediate release, asserting that his continued detention serves no legitimate purpose and lawful removal is not reasonably foreseeable. As such, Respondents hereby **ORDERED** to file a response **by August 21, 2026**, addressing Petitioner's request for relief, any actions taken to comply with the Court's June 17 Order, (Dkt. No. 31), and whether Petitioner's removal is significantly likely to occur in the reasonably foreseeable future.

It is so **ORDERED**.

**SIGNED** on August 11, 2026.

John A. Kazen
United States District Judge